THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* EDWIN A. LIVINGSTON, Appellant.

Submitted March 1, 1944; decided April 13, 1944.

*Edwin A. Livingston*, appellant, in person.

*Nathaniel L. Goldstein, Attorney-General (Joel Mencher* and *Orrin G. Judd* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.